IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SCOTTY BROWN,<br>    Plaintiff<br><br>vs.<br><br>C.O. CAVENEA, et al,<br>    Defendants. | )<br>)<br>)   C.A. No. 1:24-cv-291<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

This action was received by the Clerk of Court on October 21, 2024. The matter was referred to United States Magistrate Judge Christopher B. Brown, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff, an inmate acting pro se, alleges that Defendants, employees of the Department of Corrections, violated his constitutional rights in several ways. Defendants filed a motion to dismiss. ECF No. 52.

On January 14, 2026, Magistrate Judge Brown issued a Report and Recommendation recommending that the pending motion be granted as follows:

- all official capacity claims against all Defendants;

- the claims against Defendants Thompson, Deplachett, and Messenger be dismissed without prejudice; and

- the claims against Defendant Cavenea be dismissed with prejudice.

ECF No. 64.

Plaintiff filed Objections to the Report and Recommendation. ECF No. 65. Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in

1

part—the magistrate judge's findings or recommendations. 28 U.S.C. § 636(b)(1); Local Rule 72(D)(2).

After *de novo* review of the complaint and documents in the case, together with the report and recommendation and the objections thereto, the following order is entered:

AND NOW, this 5th day of March 2026;

IT IS ORDERED that Defendants' motion to dismiss [ECF No. 52] be granted as follows:

- all official capacity claims against all Defendants;
- the claims against Defendants Thompson, Deplachett, and Messenger be dismissed without prejudice; and
- the claims against Defendant Cavenea be dismissed with prejudice.

IT IS FURTHER ORDERED that Plaintiff may file an amended complaint against Defendants Thompson, Deplachett, and Messenger. Plaintiff must take care to fully allege the personal involvement of these Defendants in the alleged constitutional violations. The amended complaint must be filed by April 6, 2026. In the event that no amended complaint is filed, this case will be dismissed.

AND IT IS FURTHER ORDERED that the report and recommendation of Magistrate Judge Brown, issued on January 14, 2026 [ECF No. 64] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge